FILED

04/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0065

IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 20-0065

ANIMALS OF MONTANA, INC., TROY HYDE, Permit Holder,

Plaintiff and Appellant,

v.

STATE OF MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS

Respondent and Appellee.

## GRANT OF EXTENSION OF TIME FOR APPELLANT TO FILE OPENING BRIEF

Upon consideration of Appellant's motion for a 30-day extension of time to file the opening brief in the above matter,

IT IS HEREBY ORDERED that Appellant is granted a 30-day extension of time to and including May 26, 2020 within which to prepare, serve and file its opening brief.

DATED this 23rd Day of April, 2020.

BOWEN GREENWOOD, CLERK